Douglas N. Silverstein, Esq. (SBN 181947)
Michael G. Jacob, Esq. (SBN 229939)
KESLUK & SILVERSTEIN, P.C.
9255 Sunset Boulevard, Suite 411
Los Angeles, CA 90069
Ph. (310) 273-3180   Fax (310) 273-6137



JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA APODACA-NEAL <br><br> Plaintiff(s), <br><br> v. <br><br> DENNIS GARBERG AND ASSOCIATES, INC., dba SUNFLOWER GROUP, et al. <br><br> Defendant(s). | CASE NUMBER <br><br> CV-11-8101-GW(JCx) <br><br> NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

FILED
CLERK, U.S. DISTRICT COURT
MAR 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

IT IS SO ORDERED
Dated March 29, 2013
_George H. Wu_
United States District Judge

March 19, 2012              MICHAEL G. JACOB, ESQ.   _/s/ MJ_
    Date                     Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

---

CV-09 (03/10)     NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)